UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Gonzalez et al.,
         Plaintiffs,    14-CV-7487
- AGAINST -    (AKT)
Trees R Us, Inc., et al.,
         Defendants.

Castoneda et al.,
         Plaintiffs,    16-CV-3162
- AGAINST -    (AKT)
Trees R Us, Inc., et al.,
         Defendants.

- - - - - - - - - - - - -

WHEREAS the parties have agreed to settle the above-captioned actions subject to a more formal settlement agreement, to include the following material terms.

1. Defendants agree to pay plaintiffs, in satisfaction of both actions, the sum total of $425,000.00 inclusive of attorneys' fees.

2. The settlement proceeds will be paid pursuant to the following payment schedule: The first payment, in the amount of $50,000.00 shall be made on or before December 20, 2018; the next 12 monthly payments will be in the amount of $10,000.00; the next 12 monthly payments will be in the amount of $21,250.00. In the event that the Court does not approve of the settlement terms by December 20th, 2018, any settlement payments hereunder, including the December 20th payment, will be withheld until such time as the Court grants its approval.

3. Plaintiffs agree to execute a release in favor of defendants, subject to court approval, upon receipt of the settlement proceeds.

4. In connection with the payment schedule, defendants (corporate and individual) agree to execute two Confessions of Judgment ~~which~~ that doubles the amount of the arrears. Before plaintiffs seek to have the Confession of Judgment entered, they will provide defendants' counsel with notice of default and ten days to cure.

DATED: Brooklyn, N.Y.
November 2, 2018

*[signature]*

TRACEY RECENELLO, DEFENDANTS
INDIVIDUALLY AND ON behalf OF CORPORATION

| | |
|---|---|
| Virgilio Porfi*illo* | William Angueto |
| Carlos Acosta | Sergio A Perez |
| Pana de Long | S. *[signature]* |
| Francisco | Christian Castaneda |
| Juan Cortez | Jose B. Hernandez |
| *[signature]* | *[signature]* |
| | Manuel E Gonzalez |