UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

CHRISTIAN CASTONEDA, SERGIO PEREZ MEJIA, and FRANCISCO PARRA-DELACRUZ, individually and on behalf of all others similarly situated,

           Plaintiff,

-against-

TREES R US and TRACEY RECENELLO, as an individual,

           Defendants.

---------------------------------------------------------------X

**CONFESSION OF JUDGMENT**

16-CV-3162

MANUEL GONZALEZ, individually and on behalf of all others similarly situated,

           Plaintiff,

-against-

TREES R US and TRACEY RECENELLO, as an individual,

           Defendants.

14-CV-7487

TRACEY RECENELLO, being duly sworn, deposes and says:

1. I am an individual Defendant named in the above-entitled action.

2. I reside at 99 South Saxon Ave., Bay Shore, NY 11706

3. I, an individual Defendant in this matter, hereby confesses judgment in this Court in favor of the Plaintiffs for the sum of eight hundred fifty thousand dollars ($850,000.00), less any payments made pursuant to the Settlement Agreement, in accordance with the amicable resolution of the actions between these parties pending in the Eastern District of New York bearing Docket No. 16-CV-3162 and Docket No. 14-CV-7487 (the "Litigation") and hereby authorizes Plaintiffs or their heirs, executors, administrators, or assigns to enter judgment for that sum against TRACEY RECENELLO.

4. I, an authorized agent of TREES R US, INC.., hereby confesses judgment in this Court in favor of the Plaintiffs for the sum of eight hundred fifty thousand dollars ($850,000.00), less any payments made pursuant to the Settlement Agreement, in accordance with the amicable resolution of the actions between these parties pending in the Eastern District of New York bearing Docket No. 16-CV-3162 and Docket No. 14-CV-7487 (the "Litigation") and hereby authorizes Plaintiffs or their heirs, executors, administrators, or assigns to enter judgment for that sum against TREES R US, INC.

5. This confession of judgment is for a debt justly due to the Plaintiffs arising out of the following facts:

   Plaintiff commenced the Litigation pursuant to the Fair Labor Standards Act and the New York Labor Law, asserting that Defendants (as Plaintiffs' employer) failed to pay proper overtime wages when Plaintiff worked over 40 hours in a particular work week. The Litigation was amicably resolved, by the Defendants agreeing to pay a total of four hundred twenty-five thousand dollars ($425,000.00) over 25 monthly payments.

6. The parties also agree that if Defendants are in default of any of the payments due pursuant to the Settlement Agreement, Plaintiff shall provide ten (10) calendar days written notice to Defendants via email sent to Gary Rosen, Esq. email: grosen@rosenlawllc.com, of the default. If Defendants do not cure the defect within ten (10) days of receipt of the notice then all settlement monies owed under this Agreement shall be immediately due in their entirety.

7. In the event of such a default and entry of such judgment as described above, Defendants agree to pay and be indebted to Plaintiffs for statutory costs, reasonable attorneys' fees incurred in the process of entering and enforcing the judgment, and interest on the judgment.

8. This confession of judgment is not for the purpose of securing the plaintiff against a contingent liability, nor is it based upon a consumer credit transaction.

_____
TRACEY RECENELLO, as an authorized agent of TREES R US, INC.

Date: 2/26/19

Sworn to before me this
26 day of February, 2019

_____
Notary Public

DOLORES ANETRELLA
NOTARY PUBLIC-STATE OF NEW YORK
No. 01AN6309556
Qualified in Suffolk County
My Commission Expires August 11, 20 22

_____
TRACEY RECENELLO, as an individual

Date: 2/26/19

Sworn to before me this
26 day of February, 2019

_____
Notary Public

DOLORES ANETRELLA
NOTARY PUBLIC-STATE OF NEW YORK
No. 01AN6309556
Qualified in Suffolk County
My Commission Expires August 11, 20 22

3